456 A.2d 1102

Commonwealth v. Ellison, Appellant.

Submitted November 18, 1981. Barry M. Miller, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and HOFFMAN, JJ.

Order affirmed.

HOFFMAN, J., dissented.

456 A.2d 1102

Commonwealth v. Ford, Appellant.

Petition for Allowance of Appeal
Denied June 8, 1983.

Submitted October 6, 1981. Louis Lipschitz, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Edward J. Blake is affirmed.